IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:14-CR-017-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| TRAVIS GABRIEL, ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ALLIED GROUNDS MANAGEMENT, LLC, ) | |
| Garnishee. ) | |

### DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

**THIS MATTER IS BEFORE THE COURT** upon the United States' "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 1118) filed January 10, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the United States' "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 1118) is **GRANTED**. For the reasons stated therein and for good cause shown, the "Writ Of Continuing Garnishment" (Document No. 1113) filed in this case against the Defendant is **DISMISSED**.

**SO ORDERED**.    Signed: January 10, 2022

David C. Keesler
United States Magistrate Judge