IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:14-CR-017-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                       Plaintiff, )<br>                             )<br>v.                                    )<br>                              )<br>TRAVIS GABRIEL,                 )<br>                     Defendant, )<br>                              )<br>and                                )<br>                              )<br>THE PINES AT DAVIDSON, INC., )<br>                     Garnishee. )<br>_____ ) | **ORDER OF CONTINUING**<br>**GARNISHMENT** |

       **THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Order Of Continuing Garnishment" filed on May 17, 2024. (Document No. 1172).

       Judgment in the criminal case was filed on December 15, 2014. (Document No. 609). As part of that Judgment, Defendant, Travis Gabriel, was ordered to pay an assessment of $100.00 and restitution of $12,093.04 to the victims of his crime. Id.

       On March 19, 2024, the Court entered a Writ of Continuing Garnishment ("Writ") (Document No. 1168) as to Garnishee, the Pines at Davidson, Inc. Defendant was served with the Writ and Instructions notifying him of his right to request a hearing on March 23, 2024. (Document No. 1169). Garnishee was served with the Writ and Instructions on March 23, 2024. Id. Garnishee filed an Answer on April 15, 2024 (Document No. 1171) stating that at the time of service of the Writ, Garnishee had in its custody, control, or possession property or funds owned by Defendant, including nonexempt, disposable earnings. Garnishee certified that it served the

Answer on Defendant on April 1, 2024.  Id.  Defendant did not request a hearing, and the statutory time to do so has elapsed.

**IT IS, THEREFORE, ORDERED** that an "Order of Continuing Garnishment" is hereby **ENTERED** in the amount of $10,958.21 computed through March 19, 2024.  Garnishee shall pay the United States up to the lesser of:

1. twenty-five percent (25%) of Defendant's disposable earnings which remain after all deductions required by law have been withheld, or
2. the amount by which Defendant's disposable earnings for each week exceed thirty (30) times the federal minimum wage.

See 15 U.S.C. § 1673(a).  Garnishee shall continue payments until the debt to the United States is paid in full or until Garnishee no longer has custody, possession, or control of any property belonging to Defendant or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> THE UNITED STATES DISTRICT COURT
> ATTN: FINANCIAL OFFICE
> 401 WEST TRADE STREET
> CHARLOTTE, NORTH CAROLINA 28202

To ensure that each payment is credited properly, the following should be included on each check: Defendant's Name Travis Gabriel, Court Number DNCW3:14CR17-20.

**IT IS FURTHER ORDERED** that Garnishee shall advise this Court if Defendant's employment is terminated at any time by Garnishee or Defendant.

**IT IS FURTHER ORDERED** that the United States shall submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: May 17, 2024

David C. Keesler
United States Magistrate Judge